# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA TALLAHASSEE DIVISION

JOHN J. CRUMITY, a.k.a.
JOHN JEROME CRUMITIE,

      Petitioner,

v.                                    CASE NO.  4:05cv463-RH/WCS

JAMES V. CROSBY,

      Respondent.

_____/

## ORDER DISMISSING PETITION

This matter is before the court on the magistrate judge's report and recommendation (document 10), to which no objections have been filed.  Upon consideration,

IT IS ORDERED:

The report and recommendation is ACCEPTED and adopted as the opinion of the court.  The clerk shall enter judgment stating, "The petition under 28 U.S.C. §2254 challenging petitioner's conviction and life sentence in the Circuit Court, Second Judicial Circuit, Jefferson County, Florida, is DISMISSED as untimely.

The clerk shall close the file.

SO ORDERED this 28th day of February, 2006.

s/Robert L. Hinkle
Chief United States District Judge